| | |
|---|---|
| 1  Joanne T. Blackburn, WSBA No. 21541 | Honorable Judge Barbara J. Rothstein |

Joanne T. Blackburn, WSBA No. 21541
Natalia Smirnova, WSBA No. 55110
ROPERS MAJESKI PC
1420 5th Ave #2200
Seattle, Washington 98101
Telephone: 206.316.9167
joanne.blackburn@ropers.com
natalia.smirnova@ropers.com
Counsel for Defendants FOREMOST
INSURANCE COMPANY GRAND
RAPIDS, MICHIGAN

Honorable Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINETA and MICHAEL GALLOGLY, a marital community,

Plaintiffs,

v.

FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, a Michigan corporation,

Defendant.

Case No. 2:24-cv-00817-BJR

STIPULATED MOTION AND ORDER EXTENDING DISCOVERY DEADLINES

**I. STIPULATED MOTION**

The parties in this matter stipulate and agree to move the Court for an Order modifying the Court's case scheduling order (Dkt. No. 10).

A scheduling order may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Good cause exists for the requested continuance.

This request is necessitated by delays in the testing of several ruptured pipes, pipe connectors and the BackerBoard behind the shower, which are critical pieces of evidence in this matter. The testing is taking longer than initially anticipated and both parties agree that this testing is essential to advancing towards a resolution of this matter.

STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES - 1

ROPERS MAJESKI PC
Attorneys at Law
1420 5th Avenue
#2200
Seattle, Washington 98101
206.676.3400

1   Accordingly, pursuant to the agreement between the parties, the undersigned counsel for
2   Plaintiff and Defendant respectfully request that the Court extend certain deadlines in this case as
3   follows:

4   Reports from expert witness under FRCP 26(a)(2): From December 31, 2024 to January
5   31, 2025

6   Completion of Fact Discovery: From January 10, 2025 to February 14, 2025

7   Completion of Expert Discovery: From January 31, 2025 to February 14, 2025

8   Both parties have agreed that an extension of the deadlines is appropriate and necessary,
9   as these tests, will assist in resolving the matter efficiently.  Moreover, both parties have agreed
10  that their experts and fact witnesses need the test results to provide opinions on when the leak
11  first started.  Finally, the parties are scheduling a mediation for the time period after the test
12  results will be provided, in an attempt to resolve this case short of incurring the expenses of
13  extensive discovery and trial.

ROPERS MAJESKI PC

Dated: January 2, 2025

By: _____
JOANNE T. BLACKBURN
joanne.blackburn@ropers.com
WSBA No. 21541
NATALIA A. SMIRNOVA
natalia.smirnova@ropers.com
*WSBA No. 55110*
Counsel for Defendant FOREMOST
INSURANCE COMPANY GRAND
RAPIDS, MICHIGAN


LAW OFFICE OF WILLIAM E. PIERSON, JR. | PC


By _____
William E. Pierson, Jr., WSBA No. 13619
Counsel for Plaintiffs VINETA and
MICHAEL GALLOGLY

STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES - 2

ROPERS MAJESKI PC
Attorneys at Law
1420 5th Avenue
#2200
Seattle, Washington  98101
206.676.3400

## II. ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Discover deadlines are modified as follows:

Reports from expert witness under FRCP 26(a)(2): From December 31, 2024 to January 31, 2025

Completion of Fact Discovery: From January 10, 2025 to February 14, 2025

Completion of Expert Discovery: From January 31, 2025 to February 14, 2025.

DATED: 2nd January 2025.

_____
Hon. Barbara J. Rothstein
United States District Court Judge

STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES - 3

ROPERS MAJESKI PC
Attorneys at Law
1420 5th Avenue
#2200
Seattle, Washington 98101
206.676.3400